IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**v.**                                                  **CRIMINAL NO. 4:22mj1001-JMV**

**CALEB D. WEATHERSPOON**

## ORDER DISMISSING CITATIONS WITHOUT PREJUDICE

Came on to be considered this day the Motion (Doc. 10) of the government to voluntarily dismiss the citations filed in this cause without prejudice.

The Court finds the motion well-taken and it is THEREFORE ORDERED that the citations are hereby DISMISSED without prejudice.

This, the __27__ day of __Feb__, 2024.

_____
UNITED STATES MAGISTRATE JUDGE